[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 16-13210
Non-Argument Calendar

_____

D.C. Docket No. 6:15-cr-00227-GAP-GJK-1

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

JAMES CARL DORON WILLIAMS,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Middle District of Florida

_____

(April 19, 2017)

Before HULL, WILSON and ANDERSON, Circuit Judges.

PER CURIAM:

Aaron Baghdadi, appointed counsel for James Williams in this direct

criminal appeal, has moved to withdraw from further representation of the

appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738 (1967).

Our independent review of the entire record reveals that counsel's assessment of

the relative merit of the appeal is correct.  Because independent examination of the

entire record reveals no arguable issues of merit, counsel's motion to withdraw is

**GRANTED**, and Williams's conviction and sentence are **AFFIRMED**.  Because

we have concluded that no arguable issues of merit exist, Williams's motions for

appointment of new counsel and relief under Fed. R. App. P. 31 are DENIED as

moot.